UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY HANNAFORD,<br><br>                Plaintiff,<br><br>   v.<br><br>LARKSPUR CENTER LLC,<br><br>                Defendant. | Case No. C23-0148-JLR-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. Plaintiff indicates he is self-employed with a net monthly salary of $50.00, totaling $600.00 over the last 12 months, and that he has received $17,500.00 in disability benefits over the last 12 months. But Plaintiff states he has monthly expenses of $3,760.00 (including a mortgage, although Plaintiff does not acknowledge owning any real estate). It appears that Plaintiff's income is insufficient to cover his monthly expenses. He also does not indicate whether any persons are dependent upon him for financial support. The Court is unable to assess Plaintiff's IFP application as written.

Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. In the amended IFP application, Plaintiff must provide complete and detailed information

MINUTE ORDER - 1

about any real estate he may own, how he meets his monthly expenses, and whether he has any dependents.  Failure to comply may result in denial of IFP or dismissal.

Dated this 2nd day of February, 2023.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2