UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY HANNAFORD,<br><br>     Plaintiff,<br><br> v.<br><br>LARKSPUR CENTER LLC,<br><br>     Defendant. | Case No. C23-0148-JLR-SKV<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff filed an amended motion to proceed *in forma pauperis* (IFP) in this matter.  Dkt. 4.  Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).  Plaintiff's IFP application, Dkt. 4, is therefore GRANTED.  The Clerk is directed to send copies of this order to the parties and to the assigned District Judge.

  Dated this 16th day of February, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1