The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY HANNAFORD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LARKSPUR CENTER, LLC, a limited liability company,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00148-JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF CASE SCHEDULE DEADLINES<br><br>**(Clerk's Action Required)** |

The undersigned Judge, having reviewed the Stipulated Motion for Continuance of Case Schedule Deadlines, hereby grants the Motion and amends the case schedule deadlines as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/3/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 4/17/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/24/2023 |

The court of clerk shall amend the case schedule on the case docket to reflect these deadlines.

1    DATED this 24th day of March, 2023.

_____
Judge/Commissioner

**PRESENTED BY:**

*/s/ John Yip*
_____
Stephan D. Wakefield    WSBA #22762
John Yip           WSBA #46597
FIRST AVENUE LAW GROUP, PLLC
321 First Avenue West
Seattle, Washington 98119
Phone 206-447-1900
johny@firstavenuelaw.com
**Attorney for Defendant Larkspur Center, LLC**

*/s/ Conner Spani*
_____
Conner G. Spani, WSBA # 58788
Law Office of Conner G. Spani
1605 12th AVE STE 18V
Seattle, WA 98122
P:206-579-8781
conner.spani@spanilaw.com
**Attorney for Plaintiff Hannaford**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE - 3          **FIRST AVENUE LAW GROUP, PLLC**
                                     321 FIRST AVENUE WEST
                                     SEATTLE, WASHINGTON 98119
                                     PHONE (206) 447-1900  FAX (206) 447-9075